

From the desk of Bonnie Ruth Allen Straight
the following is the truth, BONNIE ALLEN
1800 Ridgemar Dr cleburne Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 26 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**3-24CV2993-X**

Motion for Leave
to go into exclusive equity

i come in the name of Elohiym and His Son Jesus Christ

1. i am Bonnie Ruth Allen Straight, a woman with body, flesh, blood, breath and soul, i come in peace + honor

2. i have been punished 9 years with no justified reason i am denied relief from the trial court, the appellate court, there is no adequate remedy for me in the State of Texas See Exhibit "A" (affidavit)

3. the denial of a remedy has damaged my life, severly my health, my peace and joy and i have not committed any crime the courts in Texas are seemingly consciously indifferent to my unending injury harm + trespass, my life has been destroyed,

5. i have filed a writ of habeas in the United States Northern District of Dallas May 2023 cause #
   3:23-CV-1087  dismissed without meritorious review
   3:24-cv-0982  dismissed without meritorious review
   3:24-CV-1532  dismissed without meritorious review
   3:24-CV-1902  dismissed without meritorious review
   3:24-CV-2539  proposed new cause #

6. i have objected to the void orders that denied relief 59e without finding my papers frivolous, my requested relief denied

7. i have objected to the miscarriage of justice with 2 different 60 b motions, they were both denied

8. i have never received notice that the respondant state of Texas, nor is subcontractor TPCJ ever responded to

Suit, (or maybe it was never mailed to me)

9    i have met the fact pleading standard of Fed Rule Civil procedure 8, burden multiple times proving unconstitutional injury

10.   i have clear concise facts showing state and County willful agents unconscionable acts, which are conscience shocking and show a serious discriminatory animus against me

11.   i need relief and came to the federal Court in good faith with clean hands, but rather than granting relief from the 9+ years of unending destruction + loss

12.   i have been met with conscience indifference to my innocence, and my entitlement to relief all relief denied

13.   how long must i suffer before the court intervene and act as peace keepers in righteousness?

14.   i request to stay in the private, in equity under the constitution i have a liberty interest to come to the court in equity rather than admiralty jurisdiction

15.   i have NO desire to bring disdain against the judiciary by filing an appeal or going to the Supreme Court for the public benefit of others, my facts are meritorious, my injuries are numerous

16.   i request the quickest most expeditious and merciful remedy which is exclusive equity, please help me
A maxim of Equity: "Equity abhors a forfeiture"
"Equity delights to do justice", "Equity will take jurisdiction to avoid a multiplicity of Suits"

17    i move this court to grant exclusive equity jurisdiction and mercy + justice in Elohiyms name by: Bonnie Ruth Allen Straight
Beneficiary, kingdom heir

Exhibit "A"

From the desk of Bonnie Ruth Allen Straight
wrongly held under the name
THOMAS, BONNIE ALLEN
at 1500 Ridgmar Dr
Cleburne Texas 76031

AFFidavit

in peace and in honor,

1.   i come in the name of Elohiym and His Son Iesus Christ (the annointed one) i am co-heir with Christ see Romans 8:17, i am a citizen of heaven Philippians 3:20, i am an Ambassador of Christ 2 Corinthians 5:20

2.   i am, Bonnie Ruth Allen Straight, a living flesh and blood woman created in the image of Elohiym Genesis 1:26,27

## STATUS

3.   i am a non-enemy, non-combatant, non military, woman

4.   i am not a Fictitious "citizen," "PERSON" nor "Resident" or "Vessel"

5.   i am not a creation of, nor employee of the State of Texas nor County of Johnson nor the UNITED STATES

6.   i am one of the posterity of the original settlers of the 13 colonies, and the posterity of Thomas Jefferson (Signer of the original constitution) a bequeathed heir

7.   i am posterity of Myles Standish (captain of the Mayflower) and Sam Houston the 1st and 3rd president of the republic of Texas

8.   i am posterity of King Edward VIII and King Henry VI of England and the Nanticoke Indian tribe of Virginia

9.   i am the posterity of King Louis IX of France

10.   i am the posterity of King Christian Christiaan of Denmark and Norway

11   i am the posterity of King David of Israel, i claim the covenant

p 1 of 40

between Elohiym and King David, ias King David's
offspring  $\times$ See psalm 89:3,4  psalm 18:50, i have Sovereign kingly bloodlines

12  i claim my righteous inheritance as a kingdom heir
as described in Daniel 7:27 "Kingdom and dominion and
greatness of kingdoms under the whole heaven shall
be given to the people of the saints of the most High,"

13. "His kingdom shall be an everlasting kingdom
and all dominions shall serve and obey Him"

14. He is the living God enduring forever, His kingdom
shall never be destroyed " Daniel 6:26 i am God's worker
"Christ was given all things, & gave dominion to His Church"
Ephesians 1:22,23, my body "is the temple of the Holy Spirit"
See 1 Corinthians 6:19 and 1 Corinthians 3:16,17 "i am His temple"

## STANDING

15. i have been injured for over 9 years for exercising
my right to redress my grievances, a liberty interest protected
by the US First and Fifth Amendment and Texas bill of
rights Article 1 section 27 and Article 1 Section 13 open
Courts provision, i am guaranteed a remedy per Art 1
section 13 "i shall have a right to remedy by due course of law"

16. i have been injured for exercising my "right to keep and
bear arms, which shall not be infringed," protected by
the United States of America 2nd Amendment And Article 1 §23

17. my injuries are directly related to agents acting in
concert together to harm me, who work for for-profit
corporations acting and pretending to be government under
color of law, i have a liklihood of Success on the merits of
my claim, and all remedy has been denied, i request Equity
exclusively

P 2 of 40

## Exhibit "B"

## Rebuttal of presumption

(a) . i rebutt the status of enemy combatant, i am at peace

(b) . i am alive, i rebutt the presumption of death

(c) . i am of majority age, and rebutt minor status

(d) . i am mentally sound, i rebutt any mental defect

(e) . i do not hire foreign BAR-Members (known as foreign agents

(f) . i rebutt the presumption that i am a ward of the court.

(g) . i rebutt joinder, i am not a transmitting utility nor joined the "fictitious person"

(h) . i rebutt the status of slave, chattel, vessel, property of the State of Texas, trust Rez of the State, trustee debtor or property of any corporation,

(i) . i rebutt the presumption of guilt, i am innocent,

(j) . i rebutt the parens patraei doctrine that the State of Texas is my parent, this is a violation of my religious liberty, only Elohiym is my heavenly Father

(k) . i rebutt en locoparentis doctrines

(L) . i rebutt the presumption that i am the trustee of the CQV and/or the PCT (public charitable trust, i am the beneficiary not the trustee

(m) . i rebutt being called the word "You" i am not responsible for the debts of the United States, i rebutt 20 CFR 422.402

(n) . i rebutt being labeled a member of the military

(o) . i rebutt being labeled an employee of the United States

(p) . i rebutt being labeled an employee of State of Texas

(q) . i rebutt being labeled an employee of County of Johnson

(r) . i rebutt being labeled as an employee of Texas Dept of Crim Justice

(s) . i rebutt being labeled as a commercial instrument, a creation of the State of Texas, i am a creation of Elohiym

(t) . i rebutt any and all tacit contracts which presume i have waived my rights, benefits, privileges or immunities

(u) . i rebutt the fictitious name "BONNIE ALLEN THOMAS" and "THOMAS, BONNIE ALLEN" these names are not me, the living woman, however the name "BONNIE ALLEN THOMAS" (TM) (C) is my copywritten & trademarked property by the United States patent & trademark office

(v) . i rebutt the presumption that i had a fair trial in the 18th District Court of Johnson County Texas on March 27, 28, 29 of 2017

(w) . i rebutt the presumption that i had a fair hearing upon appeal at the Waco 10th Court of appeals, the court had a novel interpretation of Texas penal Code 46.03 Statute by judicially re-writing it

(x) . i rebutt the presumption that i have any adequate remedy in State of Texas courts

(y) . i rebutt the presumption that any inferior Courts have jurisdiction over me to compel my performance

(z) . i have no contracts with the inferior courts of the State of Texas,

(aa) . i rebutt having a real contract with any agent, agencies, subagencies of the State of Texas

(bb) . i rebutt having any Johnson County Correction Center

(cc) . i rebutt all presumptions which operate to harm me

<u>Jurisdiction</u> see Exhibit "B" (rebuttal of presumptions)

19 (a) i bring this suit in equity and common law under
Federal Rule 1 and 2 "to avoid a multiplicity of suits"

(b) Equity maxim: "One who enters equity must come with
clean hands" i have clean hands and a pure heart

(c) i am beneficiary of the original United States of America Constitution

(d) i have a right to the original Article III §2 court of
equity to redress & remedy my 9+ years of injury &
trespasses of my God-given rights guaranteed by the Constitution

(e) i ask for assylum and injunctive relief from the cruel
& unusual, barbaric torture, kidnapping and trafficking in persons
which began June 2015 to the present, i am injured daily

(f) i request emancipation from slavery & involuntary servitude
of "THE STATE OF TEXAS and its agents and
agencies including TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Parole Board; have been held as a slave for over 9+ years
against my free will and consent, i am innocent, i've injured noone.

(g) i invoke the 13th Amendment and the treaty of
the ICCPR (International Covenant on civil & political Rights)

(h) i invoke my right under Article 1 section 3 and 3a Tex Const
to be treated equally under the laws of the land

(i) i invoke the Texas bill of rights Section 30 & 31
as a crime victim, and my right to be free from
extortion, fraud, penury, coercive contracting,
deceptive trade practices, monopolies, trafficking, ~~middlemen~~
in persons, securities fraud, obstruction of justice, retaliation
slavery & involuntary servitude, religious persecution

3 of 40

## Diversity Jurisdiction

(j)  i invoke "diversity jurisdiction" because i am foreign to Corporate
  as a Texian—American woman, one of the "Sovereign
  people" described in Chisolm v. Georgia (   ) and
  Yick Wo v. Hopkins (    ) my persecutors are agents of
  U.S Citizen corporations, acting and pretending to
  be government under color of law, we are diverse from
  each other, i am alien to the corporations, (a lawful alien)

(k)  each of my persecutors listed here in live and work
  in commerce within the territorial jurisdiction of the Court of
  United States District of Texas Dallas Division, however
  i live in the private on the land of the republic of
  Texas defined by treaty boundaries with Mexico,
  Louisiana territory, and Indian territory (known as Oklahoma)

## FEDERAL Question Jurisdiction

20.  Does the State of Texas and the 18th District court
  of Johnson County have authority to prosecute
  me, a woman, for exercising my right to keep and
  bear arms "forget fully"?

21.  Does Texas penal code 46.03 invade and usurp my
  right to keep and bear arms, protected by 2nd Amendment?

22.  Does the Texas Department of Criminal Justice
  have Congress's delegated authority by statute
  to compel a man or woman (like me) to ask permission
  of parole officer before traveling in a private, non-commercial
  capacity from one state to another?

23  Does a court have authority to punish for
  18 months before a trial by jury and punish for owning an
  arm

## Historical Facts

The official oppression and retaliation resulted from redress:

26. In October 2011 my father, a righteous man, with kingly blood named Ivan Earl Allen, a self employed business owner, for over 50 years, died from medical neglect in the Johnson County Corrections Center 1800 Ridgeway Cleburne Texas

27. the (County jail) was run by Johnson County Sheriff Bob Alford, LaSalle Southwest Corrections and County of Johnson (all are for-profit Corporations)

28. which operate under the STATE OF TEXAS, which is under the mother Corporation known as "the UNITED STATES" see 28 USC 3002 sec 15 (a)(6)

29. i and my 3 brothers sued, Sheriff Bob Alford, Johnson County and LaSalle SouthWest Corrections in the United States District Court for the Northern District of Texas, Dallas Division Cause# 3:13-CV-4089, with Judge Barbara Lynn, as the judge over the case

30. we filed this lawsuit to vindicate our fathers death by neglect, the lawsuit was filed in the fall of 2013

31. my father Ivan Earl Allen was held on too high bail by Johnson County magistrate John E. Neill

32. the charges were brought through probation, his revocation the original charge was a traffic related violation, with no injured party by him,

33. our father was dead 3 weeks later from Septic pneumonia, he had a high fever and was unable to receive the proper antibiotics

as required for treatment of his sinus infection that morphed to pneumonia

34. the jail staff was consciously indifferent to his suffering and even denied him an extra blanket when he was freezing, the jail staff knew he had high fever + had serious conditions when they could not bring his fever down with tylenol + advil

35. in October 2011 Ivan Earl Allen coded while in the jail, when EMS came they found him on the floor of his jail cell dead, the EMS gave him electric shock to revive him, his heart began beating again, he had gone 8-10 minutes without oxygen

36. Ivan was taken to Walls Regional Hospital in Cleburne where he coded 2 more times, and was revived 2 more times, only to die a few days later 10/30/2011

37. Ivan's kidneys were severly damaged from the septic pneumonia and were not functioning

38. he was then care-flighted to Harris Methodist, Ft worth hospital where he was in ICU receiving kidney Dialysis and antibiotics through I.V.

39. every organ was severly infected with sepsis, 2 days later the Doctors at Harris Methodist Ft worth pulled the plug, because Ivan was brain-dead from the lack of oxygen when he coded in the Johnson County Jail, it was well over 8-10 minutes before EMS arrived to revive him,

40. i and my brothers sued in 2013 and prevailed in an agreed settlement out of court in 2016,

41. before the settlement however i became a target

of retaliation and official oppression by the County employees

42. in 2015 i noticed a fuzzy sound on my home landline phone, as my fathers wrongful death suit prevailed against dismissal

43. On October 21, 2015 (over 9 years ago) i entered a multipurpose building to read in a library open to the public, i was not engaged in commerce that day, there was no monetary transaction,

44. i had studied in the law library many times before

45. i knew there were courts within the building, but i was not going into a court,

46. i was headed to read in the library private reasons

47. there was no notice outside the multipurpose building designating which areas inside the building are areas designated to be labeled "courts" and/or labeled as "NO weapon zones", lack of due process, there was no proper notice given to me

48. i entered the building and passed through the scanning area with ease to the other side

49. i walked through the X-ray scanning machine and then walked 20-30 feet away to the elevator corridor, i waited for the elevator to take me to the upper floor to read in the library,

50. no one was in the building with whom i would have been in conflict with,

51. i had forgotten a tiny .22 pistol / arm was in my purse, i was exercising my right to keep and bear arms even if "forgetfully"

52. a clearly established right cannot be converted into a crime,

53. my right to keep and bear arms was clearly established since December 15, 1791

54. a uniformed woman asked me to return to the screening area to rescan my 2 items, i complied,

55. at that moment i suddenly realized my arm/pistol was in my purse, i had forgotten it was in there,

56. i was not told i was "under arrest", i said to the uniformed officer "i will be right back"

57. i immediately left the building to return my pistol/arm to my car, all my acts were lawful

58. once i was outside the building on the exterior doorsteps, a uniformed Man grabbed my long blonde ponytailed hair, and assaulted me without cause

59. i was chained & shackeled at my wrists, my purse was yanked from my hands, my purse and car was searched without a warrant, violated 4th Amendment

60. my car was over 100 feet away, my car was towed by Sheriff Bob Alford, who i was suing at the time for my fathers wrongful death, this was part of retaliation

61. i committed no crime, yet i was bound and shackeled and taken to Johnson County Corrections Center at 1800 Ridgemar Drive, Cleburne Texas, known as the "County Jail"

62. i was arrested for exercising my "right to keep and bear arms which shall not be infringed" see United States of America Second Amendment and Texas Constitution Article 1 Section 23 and U.S. Article VI §2 Supremacy clause

P 8 of 40

63. the right to keep and bear arms was clearly established since December 15, 1791
the second amendment preexisted the constitution

64. the police officer was improperly trained to uphold codes and statutes and was never properly taught by the sheriff to uphold the Supreme law of the land, failure to train is a breach of fiduciary duty, by Sheriff Bob Alford

65. i was told by the arresting officer that i was being arrested for violating Texas Penal Code 46.03" which forbids government employees from carrying a weapon into a "court" and/or "offices affiliated with courts" However, i am not a government employee,

66. the deputy arrested me without probable cause this warrantless seizure of my body was part of the ongoing retaliatory action for engaging in protected speech and print, to redress my fathers wrongful death by neglect lawsuit, against County of Johnson

67. the 46.03 statute excepts "walkways" from prosecution, i was only in a "walkway", i am innocent i was never in a "court" nor "office affiliated with a court"

68. even though the improperly trained deputy misapplied the statute to me, the sheriff and/or magistrates could have easily corrected his error of arresting me for innocent conduct, and should have released me

P 9 of 11
69. Owning an arm is a clearly established right, not a crime, However, they aided and abetted his conduct

and participated in the slavery & trafficking of persons scheme

70. However the magistrate John E. Neill and Robert mayfield violated the separation of powers by using an unconstitutional statute that is void and preempted by the 2nd Amendment when passed by the Texas legislature, then implimented by the Johnson County Sheriff and his deputies and further upheld by the judicial branch Neill & Mayfield

71. The founding fathers foresaw the wisdom in keeping the 3 branches separate to check each other for the sole purpose to protect the liberty of me, one of the people, The blending of powers to harm the people is forbidden conduct.

72. in violating the separation of powers to cause harm injury and trespass to me, my time, my God-given body and my life energy was stolen for 12 days

73. for the intended purpose of making illegal profits the two magistrates denied bail 3 times and breached their duty as fiduciaries when they denied bail, but were required to set reasonable bail per the U.S. 8th Amendment and Art 1 Sec 11 of the Texas bill of rights, Magistrates have a duty to protect

74. the result of bail denial, resulted in 12 days of injury of jail confinement & punishment, (a bill of attainder)

75. Congress has forbidden NON-Statutory confinement see 18 USC 4001

10 of 40  76. there is no statute which forbids arms in "walkways" of a multi purpose office building in Texas

77. 18 usc 4001 "No citizen shall be imprisoned or otherwise detained by the United States "except pursuant to an Act of congress"

78. However i was imprisoned 12 days without any act of the Texas Legislature nor an Act of Congress nor an act of the Johnson County's commissioners court

79. upon release after serving a 12 day punishment i was forced to have an ankle monitor instrument of oppression strapped to my ankle, and be bound to my home 24 hours per day, 7 days per week as

80. pretrial punishment is forbidden by the double jeopardy & due process clause of V Amendment and Texas bill of rights Article 1 Section 19 and 29, the confinement, punishment without due process is withheld from general powers of government, see Tex Const Art 1 § 29

81. being bound to my home, trespassed on my many other rights, it blocked my ability to work in my chosen profession as a land sales Expert, (Realtor) and created great financial plunder stress, penury and involuntary servitude & slavery

82. i was unable to attend church or have fellowship with my friends + family in their homes,

83. i was blocked from attending my best friends wedding, monthly forced to pay $240.⁰⁰ to pay pretrial fees

84. Neill, during one of the bail denial hearings entered orders rehoming my 3 Christian Children, i never received notice of the hearing beforehand,

lack of notice, violates the strict duty to follow due process of law
there was no evidence of parental unfitness by me

85. No parties requested a child-related hearing
my 3 children were ordered to live with 2
known drug users and were intentionally, knowingly
put in harms way, i have a fundamental liberty to live with
my family + interest to freely associate with my real estate clients

86. the ankle monitor restraint on travel impaired my
contract obligations with my clients, and my
contract obligations with my broker to represent
his Real Estate firm, the restriction on travel
could not be justified by any act of congress

87. freedom of travel is a constitutionally protected
liberty per the V Amendment and the Geneva
treaty, protected by Article VI cl 2 Supremecy clause

88. my right to freely associate with my 3 christian
minor children is a fundamental liberty protected
by the due process + "liberty clause" of the Art 1 §19
+ V and IX Amendments, to be together as a family,

89. Was the unequal treatment due to my fathers
wrongful death lawsuit? is Retaliation is forbidden?
Do i have a liberty interest to be treated equally?

90. many other people in Johnson County accused of
re-peat drug offenses and violent assaults
were not forced to wear an ankle monitor and
be on house arrest 24/7 why was i treated differently
+ unequally under the arbitrary + capricious actions
12 of 40 of a magistrate who was clearly targeting me with
official oppression? Why the unequal treatment?

i have no violent history, nor felony history, nor drug use history

91. i filed a writ of habeas corpus to the 18th District Court of Johnson County, the ankle monitor oppressive conditions were denied relief at the trial court by Neill

92. i filed for relief at the 10th Court of Appeals Waco, who saw that John E Neill "abused his discretion" and finally after wearing the ankle monitor 8 months, the relief was finally granted however 8 months of harm, injury, loss, emotional suffering, penury & involuntary servitude still have lingering results, my suffering continues daily

93. the loss of my 3 children from my life is conscious shocking, an act of kidnapping, & genocide forbidden by 18 USC 1091 (a) (b) and has caused deep and unending injury and tresspass, my children have been evaporated from my life for over 9+years, does there exist any act of congress

94. authorizing the removal of children from parents who own arms? i live with perpetual sorrow

95. must we the people be forced to choose between arm ownership, vs, having our family intact? what caused the extreme abuse and oppression, is it incentivised by Title 4-D federal funding that pays money to the States to rehome children from innocent families? is that Federal Funding Fraud

96. State sponsored terrorism forbids displacing children from their home, i am entitled to immediate injunctive relief and a damages remedy

from the conscious shocking deliberate indifference and the irreparable harm is a continual rolling tort daily

97. i am entitled to a remedy from this ongoing cruel and unusual treatment, no other family in Johnson County has been forced to endure such unending oppression why am i treated differently? i have never been found an un unfit parent, i have a final divorce decree from 2009

98. i had appealed Neill's temporary orders to the 10th Court of Appeals requesting relief + return of my 3 children, my request was denied, without valid reason

99. i filed for relief in the Texas Supreme Court my relief was denied, the Courts in Texas seemingly endorse unjustified child seizures, trafficking and rehoming of children, an act of "genocide,"

100. there is no remedy for me in Texas therefore i am entitled to relief in Federal Court from Torture + cruel and inhumane conduct, of seizing my children

101. the 2009 divorce decree from mediated Settlement Agreement is subject to laws of contracts and is res judicata, contracts cannot be impaired per Texas Constitution Art 1 Section 16 and U.S. Art 1 § 10

102. Yet my contract has been impaired over 9 years of injury and it effects not only me, but my children and entire network of friends and family and brings great disdain and mistrust toward the Texas courts and the judiciary and the State of Texas, i'm overdue relief

103. Johnson County Courts are the 4th worst in the Nation for disbanding family's + deny reconciliation

of innocent families, State of Texas endorses this conduct

104. in addition to the mistreatment of my family
i was also denied the right to a speedy trial
per the VI Amendment requirement related to my pistol

105. From the time of my arrest to indictment, is
required as a maximum to be no more than 30 days
and from indictment to trial is required to be
no more than 70 days per Supreme Court decision
Betterman V. Montana (2016), yet i was denied Speedy trial,

106. i was arrested October 20, 2015, there was no
indictment from a grand jury until Mid January 2016
(almost 3 months later) i was injured from the delay,

107. the law requires from indictment to trial could
not exceed 70 days, however my trial began March
27, 28, 29 (2017)  15 months after indictment and
(18 months and 1 week after arrest) violated VI Amendment

108. prosecutors are required to dismiss charges beyond
the speedy trial timeline, however my charges
were not dropped, as required, why am i treated differently?

109. i have a liberty interest to be free from false claims +
involuntary servitude, individious discriminatory
animus, malicious, harrassing prosecution

110. there was no injured party, no injured man,
woman or property (NO corpus delecti) without
an injury theres no crime.

111. Other people in the county had the same forgetful
Page 15 of 46  moment as me, yet they were never prosecuted
a woman, Wanda Wadley, went into the same multipurpose

building in 2016, Wanda Wadley (a 70 year old woman) passed through the Screening X-Ray machine area with pistol for a hearing, she was arrested & taken to jail, but released after 4 hours, (rather than 12 days of incarceration like me)

112. Wanda Wadley was not forced to wear an ankle monitor for 8 months, nor pay $240 pretrial probation fees like me,

113. Wanda was not bannished from her children nor grand children for 9 years like me, her charges were dropped 2 years later, she was never prosecuted

114. another man brought a weapon into a court room in 2013 he was never prosecuted.

115. Why am i treated differently than others similiarly Situated? individius discrimination violates Tex Const Art 1§3, 3(a)

116. i filed 3 motions to recuse the prosecutors office before trial because of prosecutorial misconduct, the prosecutor attempted to manufacture additional evidence 3 times against me, when his plans failed he decided with more zeal, to persecute me and colluded with others to secure my conviction by an unfair trial my motions to recuse the prosecutors office were 3 times denied by Frank Bobbitt McGregor, who replaced John E Neill

117. my family & friends and i could forsee an unfair trial in an unfair toxic venue, my face had

p 16 of 40 been plastered on the front page of the local "Cleburne Times Review" Newspaper, slanting the story to

Make it appear as a crazy pistol-packing mom
enraged to do harm was inferred from the
newspaper article, which was false, it was only a forgetful moment

118  i filed 3 motions to change venue, because unjust publicity
a nexus of conspiring actors were in unified
agreement to harm me, the people of the
community could see the conscious shocking
discriminatory animus against me and wrote
3 affidavits attached to the motions to transfer
venue, the affidavits went unrebutted, and are prima evidence

119,  Frank Bobbit refused to transfer venue,
my motions were denied, i knew there would be an unfair trial

120  i filed 3 motions to recuse Frank Bobbitt McGregor
every motion to recuse was denied, he had the appearance of bias

121  it was clear a severe animus was against
me and they had a plan to secure an illegal
conviction, my conduct was /is innocent

122  no crime occured, no statute was violated

123  i filed multiple motions attacking a deficient
indictment, the indictment did not have
my name on it "BONNIE RUTH ALLEN PIERONI
THOMAS," has never been my name,

124  my name has never been spelled with All-capital
letters, this is a fictitious corporate "PERSON," not me a woman

125,  the indictment never listed which "court" i was in
P 17 of 40  with a weapon, and never listed any specific
willful intentional or reckless conduct, as required,

to give me proper notice to prepare a defense & violated due process

126  in January 2017 an annonymous person entered a 3-page paper into the court record, the "mystery paper" had been signed by 5-6 magistrates in the county in 2008, including John ENeill

127  the mystery paper designated the entire building at 204 S. Buffalo Cleburne Texas as a "No weapon zone" including walkways, contrary to Texas Penal Code 46.03

128  The paper was signed by magistrates but not notarized nor authenticated in any way, and had never been implimented into the City of Cleburne's Corporate Charter, nor authorized by the commissioners Court, nor entered into or published the court Registry, it was hiding in a secret file drawer

129.  The "mystery paper" was not posted in any public forum and was no different than 5-6 buddies sitting poolside on a sunday afternoon BBQ picnic planning to undo the 2nd Amendment by pretended power a magistrates written opinion that the Second amendment does not exist at 204 South Buffalo Cleburne Texas, this concept is absurd

130.  Magistrates dont make law, this was an ultra vires Act, forbidden by Madison v. Marbury and the United States of America's Constitution and Texas Constitution, laws are not created by magistrates

131.  i was put to trial March 27, 28, 29 2017, against my will

p 18 of 40  without any notice of any criminal act listed, lacked notice in the indictment, "laws are not created by inference"

132. The prosecutors Dale Hanna, David Huffman, and Timothy Good had a plan to harm me and use the criminal justice system as machinery and mechanism to create false charges in commerce

133 In the fall of 2016 my brothers and i settled out of court with my fathers wrongful death suit by medical neglect with Johnson County and Sheriff Bob Alford and LaSalle South west Corrections

134 Was this malicious criminal prosecution, without any underlying facts constituting a crime an act of Retaliation? is Retaliation forbidden?

135. why am i treated differently than any one else in Texas?

136. the trial began March 27, 2017, two officers testified: "She said She Forgot the gun was in her purse" this sworn testimony was proof of the lack of a criminal mens rea "Forgetful" is not "willful, intentional or criminal recklessness" which the prosecutor was required to prove, to the jury

137. intent was never proven, there was never any act of my being in a "court" nor "Office affiliated with a court" with a weapon

138 i was only in a walkway, "walkways" are excepted from prosecution Per Texas penal Code 46.03, the Second Amendment pre-existed the Constitution

139 The right to keep and bear arms, shall <u>not</u> be infringed, + cannot be converted into a crime

140 the court never had authority nor jurisdiction to

prosecute me, nor bring me to trial, nor punish me

141. On March 28, 2017 Magistrate John E Neill, the same Magistrate who twice denied bail, removed my 3 children from my life by sua sponte unjustified temporary orders, ordered $240. monthly, pre trial extortion probation payments to Johnson & Somervell County Community Supervision (a for-profit Corporation) and forced me to wear an ankle monitor 8 months without justified reason, now took the witness stand as a "surprise witness," (a Brady violation)

142. John E Neill had never been served with a subpoena or summons to appear, showing his acts were willful and intentional, he had a plan to harm me

143. John E Neill was not an eye-witness of the events the day of October 21, 2015, his sworn testimony & purpose was pre planned with the prosecutors ~~every~~ Dale Hanna, Timothy Good, David Huffman, he intended to testify as an "expert" on the law, His testimony forbidden 605

144. His testimony was objected to, and was over ruled by Frank Bobbitt McGregor, his testimony violated Evidence Rule 605

145 John E. Neill will fully, intentionally mis stated material facts and used his magistrate/Judge role Violated Canon 2(a)(b) to charm & deceive the jurors and obstruct justice by hiding the truth that "walkways" are exempt from prosecution. Neill testified under oath in front of the jurors by saying: "the entire building at 204 S. Buffalo, was a No weapon zone," this was a lie,

146 Perjured testimony is a Federal Crime see
18 USC 1001 and 18 USC 3 and 4 a misprision
felony, intentional deceit is fraud, and
fraud vitiates everything, fraud on the court is a crime

147 the Sarbanes-Oxley Act of 2002 imposes
criminal liability on anyone who obstructs,
influences or impedes an official proceeding
or attempts to do so, See 18 USC 1512(c)(2)
See Fischer v. United States, 144 S. Ct 2176 (2024)
it is also a crime to impair the integrity of records
documents or objects in an official proceeding 18USC 1512(c)(1)

148 John E Neill and his co-conspirators knew
they would gain access to funds, proceeds and
securities by their deceitful conduct, & profit from their conduct

149 they did not care that their profits are created
from causing human misery in incarcerating me
an innocent woman, by conspiracy to deprive me
of a fair trial and thrust me into involuntary
servitude as a slave, violates the U.S. 13th Amendment
and 18 USC 241 and 242 and Texas penal Code 39.03 & 39.04

150 the preplanned harm of John E Neill, Dale Hanna
David Huffman and Timothy Good was successful
in their fraud and deceit, to make profits illegally

151. i Was found guilty of Texas Penal Code 46.03
and assessed punishment by the jurors with a
P2l of 40   5 year probated sentence and a $10,000.00 fine
they liened an unalienable right, no crime existed

the fraud on the court deceived the jurors, the trial fundamentally unfair

152 i filed a motion for reconsideration, it was denied by Frank Bobbitt McGregor aided the fraud

153 i filed an appeal to the 10th Court of Appeals Waco for relief, even though a Stay is mandatory during appeal, no stay was granted for me, Why am i treated differently under the law? invidious discrimination is condemned King v. Smith (1968)

154 during the time of waiting on the appeal i was still restrained from seeing or having any meaningful contact with my 3 children and forbidden to enter the courthouse without permission, blocking 2 fundamental rights

155 My right to have my family intact is protected by the 5th Amendment "Liberty" clause and the 9th and 1st Amendment to freely associate and have fellowship with my children

156. The 10th Court of Appeals Waco denied relief after 2 years and rendered an opinion that was conscious shocking, and obstructed justice

157. The trial court had misapplied 46.03 Texas penal Code, now the 10th Court of Appeals Waco obstructed Justice by Judicially re-writing the Texas penal Code another way

158 The 10th Court of Appeals had a mandatory duty per the U.S. Constitution 2nd Amendment

P 22 of 40 to overturn the conviction, see Article VI cl.2 and Texas bill of Rights Article 1 Section 23

159. However they upheld a void conviction by doing word gymnastics through case law and the use of inference stacking, and syligism by saying: "she was within an area adjacent to a government court and therefore, defendant was engaged in conduct that was clearly proscribed, Evidence was sufficient to convict Defendent of carrying a weapon in a prohibited place" cause# 10-17-00138-CR

160. Texas penal Code 46.035(F)(3) defines premesis as a building or portion of a building that term does not include any public or private driveway, Street, sidewalk or walkway, parking lot, parking garage or other parking area 46.03 (c)(1)

161. the Texas penal code does not say weapons are forbidden to be in areas "adjacent to a government court." The 10th Court of appeals waco judicially re-wrote the Statue in violation of their fiduciary duty to refrain from ultra vires acts, and a duty to refrain from the aiding and abedding of the fraud of the 18th District trial Court of Johnson County Texas

162. Obstruction of Justice is a federal crime see 18 USC 1512, i am a crime victim and have a right to be free from my persecutors who have a pattern and practice of breaching their fiduciary duty

P 23 of 40 163. When the appellate relief was denied, i filed a motion for reconsideration, it was denied also

which shows willful and intentional conduct to aid the fraud

164. these facts show willful intentional conduct to obstruct justice, and a willful desire to abuse power not authorized by Article VI cl 2 and U.S. 2nd Amendment and 5 USC 706 (administrative decisions cannot impair or abridge a statutory or constitutional right)

165. i filed for discretionary relief from the Court of Criminal appeals, for the relief of the mal-administration of justice in both the trial court and appellate court,

166. relief was denied without opinion, justice was obstructed again, a motion for reconsideration was filed again, this shows i have no remedy in Texas, i am entitled to relief in equity all my remedy at law has been denied, causing me extreme injury

167. Two years had passed during the appellate process no stay had been rendered, i was still denied access to my 3 children as part of the cruel and unusual punishment, and state sponsored terrorism

168. after the appeals had concluded in 2019 i was invited to the 18th District court looking for my remedy, i offered to pay the injured party & settle the matter that day, no injured party exists (NO corpus delecti)

169 Frank Bobbitt McGregor wanted me to talk with a man "Bill" who showed me a probation contract, that restricted my freedom to travel and forced me to work for free 8 hours per month

for Johnson County, (a for profit-Corporation) i refused to sign the slave contract, it violated 13th Amend,

Slavery is easy, it simply means denying a fair trial,

170. i left the building that day without signing the
slave-contract, with it's coercive-contracting terms
which forced me into free labor, i did NOT consent

171. i have NO employment contract with Johnson County,
State of TEXAS, nor the UNITED STATES

172. my life energy is my property see "The Slaughterhouse
Case" if i owe a debt, let me pay & be done, debtor's prisons unlawful

173. my life energy is also Elohiym's, my body is the
temple of the holy Spirit 1 corinthians 6:19,20
and 1 Corinthians 3:16 and 17, i am Gods temple
and His Spirit dwells in me, i am not to be slaves of men

174. i am not to submit to the "yoke of Slavery" Galatians 5:1
i am not to be "security for a stranger" proverbs 11:15
i am not to give pledges or put up security for debts prov 22:26

175. i am not "You" as defined in 20 CFR 422.402

176. The 5th Amendment takings clause prevents the
legislature and other government actors from depriving
me, a private woman, of my vested property rights (my body)
per Bill of attainder Art 1 § 9, 10 prohibits legislatures
from singling out disfavored people and meeting
out summary punishment, summary punishment happened to me

177. i have been disadvantaged by altering the definition
of criminal conduct and/or increasing punishment
for a crime, in my case there had been no
criminal act, exercising my right is not a crime.

P 25 178. i signed NO slave contract, in 2019, (4 more years
passed) i never committed any criminal act in those 4 years

not even a speeding ticket, i live an honorable righteous life

179  I mailed silver Coins to Ken Paxton, Gregg Abbott and Donald Trump and the local trial court 18th Dist. of Johnson County and requested with the payment of the silver coin to discharge all debts linked to F50926 per UCC 3-603 and UCC 3-604

180. all debts are paid with gold or silver coin See U.S Constitution Article 1 Section 10.

181. my trustees received the coin and discharged the F-50926 case which showed "Dismissed" online in 2023, on April 10,2023 related to a different civil matter

182  i was in the Same multi-purpose building at 204 South Buffalo Cleburne Texas on April 10, 2023

183  Suddenly, i was told i "was under arrest" i didn't consent i asked "if the Sheriff deputy had a Warrant?"

184  the deputy replied "NO", i knew it was a false arrest, i was jumped on & attacked by 4-5 deputies who bruised my arms in multiple places, by their assault

185  i was trafficked again to the Johnson County Corrections Center at 1800 Ridgemar Drive Cleburne Texas, and forced into solitary confinement for 25 days, against my free will & consent

186  i was unable to prepare for any hearing while held in barbaric torture conditions, of solitary confinement

187. papers were delivered to my cell which had the name "BONNIE ALLEN THOMAS" on the

p 26 of 40  papers 40 times, the claim was accusing me of violating probation 40 times, this is not my name

i have no probation contract which compels my performance

188  On May 5th 2023 i was forced to face accusations wearing jail striped clothing, i filed papers challenging Standing and jurisdiction of the 18th District Court, there was no injured party

189  i challenged the lack of standing because there was a lack of an injured party, i had signed NO probation Contract which compells my performance, how can i violate probation without a contract signed?

190  i was denied my right, again, to a fair hearing i was denied my right to counsel per the US. VI Amendment, i was forced against my free will to have Standby counsel Robert Luttrell

191.  i did not consent, Robert Luttrell is a foreign agent working for a foreign Nation, contrary to my religion

192.  My counsel was present, but denied the ability that day to help me, per Texas bill of rights Article 1 section 10, and Administrative Pro Act Sect 6

193  Courts are not authorized to force unlawful foreign contracts on me, this is an example of the badges of Slavery by coercive contracting,

194  the F-50926 cause had been dismissed, yet in May of 2023 i had served 8 years already for a 5 year Sentence, tolling credits were never properly appied as required per 18 USC 3624(e)

195  The debt (False claim) of $10,000.°° fine was
now increased to $13,000.°° my husband paid the extortion fees which had increased beyond

what the jury had assessed, fraud and extortion
permiated the case, even though i had been
punished for 8 years the 18th District court
was not done harming me and bullying me,

196  i had been denied a trial by jury on May 5, 2023
even though i was entitled to one, i had reserved
all my rights, i never signed a waiver of counsel

197  i was denied a right to an open court hearing,
over 200 people came from all over the country
because my case has gained notariety due to the
judicial and prosecutorial misconduct, and outrageous oppression

198  over 200 people came, yet only 50-60 people
were allowed into the courtroom, the remainder
of the people were forced to stay outside in the
hallway, this violated the open courts provision
of Article 1 Section 13 of the Texas Bill of rights

199  the court and the State of Texas had a burden
to prove jurisdiction and standing when challenged,
by me, it was never proven, and never addressed as required
these are structural eggregious miscarriages of
justice, i was found guilty by Frank Bobbitt McGregor

200  with out having a probation contract,
how can i violate probation when i signed NO
probation contract?  i filed notice of appeal

201  i was seriously doubting the honesty and integrity
p 28 of 40  of the court, it felt like more unlawful retaliation
because of my fathers wrongful death lawsuit

no witnesses testified that i had a probation contract

202 even though i filed notice of appeal before
Frank Bobbitt McGregor had entered his order
sending me to prison for 5 years, without counsel

203 the trial court lost jurisdiction to do anything
more, once the notice of appeal was filed

204 However, Frank Bobbitt McGregor, who had NO
oath of office filed with the secretary of state
since 2011, he entered orders judging me
guilty and assessing 5 years imprisonment in wrong name
and ordered me back to Johnson County Jail
for 11 more days, i had already served 8 yrs of imprisonment

205. My name was not on his order of confinement
My name is not "BONNIE ALLEN THOMAS" nor
"THOMAS, BONNIE ALLEN" this point was challenged

206 after serving 11 more days in solitary confinement
i was trafficked and sold as a slave to TDCJ (a for-
profit) prison at Linda Woodman unit for 3 weeks
then trafficked in early June 2023 to William
P Hobby unit, known as "the gangster unit"

207 i was locked in a 9×7 cell all day with
a room-mate forced to suffer torturous and extreme
barbaric heat of 100°−109° temperatures inside
the cell, i and my elderly cellmate suffered
every day and night in extreme heat, i feared death daily

208 the cell and its intense heat caused me
p 29 of 40 to have a heat stroke, i could not breathe cool air

209 every breath was searing hot, scorching my lungs

i feared death daily, and feared the death of my cellmate too

210 within a few weeks of arriving at William P Hobby
Prison i had lock-Jaw from drinking contaminated
water, in addition to the seering hot unair conditioned cell

211 in the afternoon & evening heat of July 2023
the guards would not let us out of our cells
to get cool water out of the thermos from
4:00pm to 10:00pm, the women would cry out for hours

212 "Water, please guard, we need water" No Reply
the guards would not hear our cries or tend to our
needs, they knew we were being tortured but
did not care, they were consciously indifferent to deadly condition

213 The mail staff at Hobby prison would continually
steal my legal mail and open it without
my being present, make a legal determination
of its contents and throw it in the trash without my consent

214 My out bound and in bound legal mail was
opened seized and stolen even though doing so
is forbidden by federal law 28 CFR 540.18 and
28 CFR 540.19, it was an obstruction of justice
per 18 USC 1512 and 18 USC   i was denied access to courts

215 The mail staff had been instructed by Huntsville
headquarters and did not care they were obstructing
justice + blocking the open courts provision of Tex Bill of
rights Article 1 Section 13 and violating 18 USC 242

216 due to drinking contaminated toxic water and

P 30 of 40  eating contaminated food i lost 45 pounds in
5 months and was gaunt and thin & emaciated

217 On September 2023 while i was held in a kidnappers
cage at Hobby prison, a man, Lloyd Griffith Thomas
entered onto my and my husband David's land
with 2 other people carrying military rifles,

218 Lloyd Griffith Thomas has no ownership interest in my
land, nor any equitable interest in my land + home
i have a common law court judgment of a trial
by jury at common law adjudicating facts that
my home at County Road 415 is exclusively mine

219 Lloyd Griffith Thomas is a military contractor
for Bell Helicopter who had come onto my land
when my husband was out of town, Lloyd
stole my security cameras and my 30 plus chickens
& roosters (my farm animals) he has a pattern of property theft

220 In September 2023 Lloyd Griffith Thomas called
a towing company "the truck dump" he conspired to steal
and had my 2003 Blue chevy avalanche truck
towed + stolen with the help of the owner of
the towing company and later it was sold at
auction within 60 days, even though i have the
title to the pick up and paid for it with
a silver coin and other consideration.

221 The truck dump owner never sent me notice
that he towed my truck from my land, as required

222. Lloyd Griffith Thomas was robbing and plundering my
P 31 of 40 private land + home while i was fighting for my life
to stay alive while held in torture conditions of William

P Hobby Prison.

223 On another day September 2023 my friend Christopher White traveled from Colorado to our home to help move some items from our safe to a safer location because we feel in danger at our home based on the multiple break ins and trespasses by Lloyd Griffith Thomas who has a pattern and practice of theft, robbery and threats of violence

224 Christopher white was given permission by power of attorney by David and i to move the contents of our safe

225 However once Christopher White's truck was loaded with over 150 lbs of gold & silver coin & bullion silver bars, a sword, knives and other antiques including my 13 place setting (5 piece each place) and 12 th serring pieces of Grand Barogue silverware, my jewelry, rings, neclaces & bracelets of gold & silver and precious and semiprecious gems and my husband Davids pistols & rifles & shotguns and knife collection

226 was searched and seized without a warrant and without probable cause, Christopher White's pick up truck was plundered by Al Lee (a sheriffs deputy) and Lloyd Griffith Thomas, Chris was jailed that day even though he had a written power of attorney

granting him permission to move our things, he released 1 day

227 we contacted Johnson County deputies about the property theft they listed "Lloyd Griffith Thomas as victim"

228  However Lloyd Griffith Thomas and Al Lee
were the thieves and robbers, not the "victim"

229  The Sheriff deputies did not have all our stolen
items in their inventory list, likely they took our
property for their own personal gain while

230  acting under color of law, was this act part of
the ongoing retaliation for my fathers wrongful
death lawsuit from 2013-2016? Why are
me and my family treated differently than any
other family in Johnson County?

231  my husband David, Christopher white and
other witness Filed affidavits and proposed
indictments with Ken Paxton (Attorney General)
the Department of Justice, the Texas Rangers
and neither of these agencies have Filed
charges on the property theft against us,

232  meanwhile i served a 15 month sentence in TDCJ
prison for a non-crime, no proper tolling credits
had been applied to me, i have served 9 years
when a jury only assessed a 5yr sentence
there has been no underlying crime the entire
conviction is void ab initio (from the beginning)
proper tolling is required per federal law 18USC 3624(e)

233  i was released to parole July 25, 2024 even
though i have been imprisoned and enslaved almost
P 33 of 40  double the time given by the jury i was compelled
under duress to sign a contract to be subject to the

TDCJ board of pardons and parole (a for-profit Corporation)

234  i was told "if i did not sign the contract i would
be taken back to Hobby prison (where i almost died
from heat stroke) therefore i signed under duress in
fear for my life.

235  there are multiple clauses in the parole contract that
invade my natural liberty such as requiring
permission from a parole officer before traveling
from State to State, the contract does not
cite whether the travel is commercial or private travel

236  Congress can only delegate statutory authority
through the Commerce clause to regulate commerce
TDCJ Board of pardons & paroles is a commercially
regulated industry, can the TDCJ Board of Pardons
and paroles regulate private activity where congress
cannot regulate?

237  Does regulating private, non commercial travel
invade a porolees natural right to seek medical
treatment, visit family and friends?

238  many times the U.S. Supreme Court has ruled
the right to travel is protected by the "liberty"
clause of the 1st, 5th Amendment and Article 1 section
19, is parole board created to assimilate people
back into society? or was it formed to create additional
charges against the estate of the people for exercising
their natural rights & liberties?

Is the parole Board limited to express delegated statutory

authority?

239 Does the parole Board have authority to hire
FBI agents, or local law enforcement to
track my phone without a warrant?

240 Does the parole Board have statutory delegated
authority to place trackers on my car without
my permission or knowledge or consent?

241 Does the parole Board have statutory delegated
authority to come into my home without a warrant?

242 Does the parole Board hire FBI agents to
threaten my friends with criminal prosecution
if they dont cooperate with FBI to manufacture
evidence against me?

243. Does the parole Board have authority to hire police,
or FBI agents to bribe my friends with large
sums of money to become confidential informants
against me?

244. Does the parole Board have authority to download
Spy-ware on my computer under the pretense
of taking an online class, when i have never agreed
to give permission to spyware installation per the
parole contract?

245 Does the parole Board have authority to compel
me to meet with FBI agents or police without
P 35 of 40  miranda warning, without counsel so that
evidence can be manufactured against me or
be compelled to be confidential informants for FBI

or law enforcement?

246 Does any of this authority exist as a delegation of authority from Congress to agents or agencies Contractors or Subcontractors working for the United States?

247 on August 12, 2024 my second parole meeting i was compelled into a room with a man Casey Brashear claiming to be an FBI agent, he had a woman Casey Bennett with him, he never read me miranda warnings, i envoked my right to say nothing

248 he made accusatory statements and threatened me if i didn't cooperate i would be prosecuted with 18 yr sentence, i felt threatened and intimidated while under duress, theres a clause in the parole contract

249 that forbids me to be confidential informant without paroles permission, yet this meeting was forced upon me while at the parole office, i felt ambushed, i fear for my life, that the parole officer would compel me to meet with any law enforcement without an attorney or counsel present and try to dig up information against me, or people i know

250 Casey Brashear is a known liar and evidence manufacturer who had lured Chris White to drive from Colorado under pretense that he would return our stolen safe contents, when Chris drove down to

p 36 Texas he was arrested taken to dallas jailed for 3 days for a hot-check related issue from over 30 yrs ago that had

251 been dismissed, now Casey Brashear threatened
to resurrect an ancient charge, when Christopher
White was taken before a magistrate he was
ordered to have "No contact with my husband
David," Chris a Realtor had helped us with
real estate issues. This was an obstruction of
Justice 18 USC 1512, Chris was threatened with
18 years of incarceration.

252. Casey Brashear had our friend Tressa Beaver
(a witness to Lloyd Griffith Thomas, and Al Lees
9/2003 property theft of our safe contents) Tressa
has been bribed by Casey Brashear + would pay
her tens of thousands of dollars to leak
information to him about me and my husband
David, that Casey could use to charge us
Casey is on an evidence manufacturing campaign
yet has been hired by the TDCJ parole board.

253 i fear for my life, there seems to be no limits
to those who want access to my trust

254 the TDCJ pardon + parole Board filed a warrant
and had me seized on September 26, 2024 i appeared
as agreed at the parole office, i was seized and
arrested by Casey Brashear, Casey Bennett + Justin
Killian, who trafficked me in their private car to
P37 of 40 Johnson County Correction Center 1800 Ridgemar Dr Cleburne

255, i am accused of traveling without permission
i was entitled to a preliminary hearing, i never got one

256  i am entitled to a trial by jury of my peers
     and an Article III cl 2 court by the 41st day
     the warrant was issued on 9/24/2024 however
     on November 5, 2024 i was forced to have a
     zoom hearing with a man Michael Neal
257  i pointed out the parole Boards lack of
     Compliance with Govt Code 508. 282
     and Morrissey v. Brewer (1972) and a court
     of Criminal appeals decision Ex parte palma (2019)
258  which mandated the clear wording
     citing the 41st day is the mandatory deadline
     to hold a parole revocation hearing, i did not consent
     to an on line zoom administrative hearing by a non
     Article III Judge, i have legal questions that
     only a judge can adjudicate see Loper Bright v.
     Raimondo (2024)
259  i am entitled to an open court and a real judge
     and a real jury to adjudicate any facts or law
     related to any parole allegation of violations
260  to be sent back to prison would be an egregious
     loss of liberty, proper tolling has not been
     done by the trial court or the parole Board
     i have already served a 9 year sentence (for
     a non crime) and a jury only assessed 5 yrs
     probated sentence, i have been double, triple + quadruple
     punished, the threat of more prison time is looming
     over me, i need immediate emancipation from this

involuntary Servitude & badges of slavery forbidden by the 13th Amendment, Elohiym created me a free woman, not a

261 debt slave, i am held in solitary over 55 days because i refuse to consent to a TB test needle injection into my skin

262 which i am being pressured daily to get the injection against my religious freedom and bodily integrity the Johnson County Sheriff Department is violating the Nuremberg Code of 1947, it violates the nuremberg code to with hold a benefit or privilege as a coercive measure to compel me to have unwanted non-theraputic experimental medical treatment, the State of Texas endorses this conduct

263 i ask for emergency injunctive relief from the unconstitutional orders of the 18th District court orders disbanding my family i ask for immediate return of my 3 children, and restoration of my contractual child support of $2,250 per

264 Month. i ask for acquittal and an arrest of judgment from the enforcement of Texas penal Code 46.03 and a declaratory judgment that the 18th District court never had jurisdiction, authority granted by the State of Texas to prosecute me for exercising my right to keep & bear arms i ask for the 18th District court judgment to be voided ab initio

265 i ask for a declaratory damage award of $50,000.00 of silver coin for each day of my injury & tresspasses which began October 21, 2015 and continues daily to the present and will also restore my 4-family members for their losses too the cruel and inhumane suffering, loss of freedom, health, peace & enjoyment of 9+ years of being kidnapped, trafficked & cruelly banished from my husband & 3 children, home & land

## Request In Summary

i have no adequate remedy in any courts in State of Texas therefore i ask for exclusive equity jurisdiction under the Supremacy clause of Article VI cl 2,

266 i request protective orders over my homes+ lands from all State + County employees, and be permenantly be enjoined from any future bad faith harrassment +harm

267 i request relief immediately from Johnson County Jail and the parole contract dissolved as void ab initio

268 i request an in camera, private meeting with my trustee to balance the books, dissolve all debts, All facts here in are true and correct, affirmed under penalty of perjury at common law

i ask in the name of Elohiym + Jesus Christ His only begotten Son All rights reserved without prejudice

by *Bonnie Ruth Allen Straight*

Benefriciary & bequeathed heir of the King of kings and kingdom of heaven, child of God, Ambassador of Christ, "the desire of the righteous shall be granted" Proverbs 10:24 whatever i ask in Jesus name, He will do it John 14:14

On this 24 day of Oct month I, Jennifer Hobbs a notary of the State of Texas, witness the autograph of a living woman, identified herself as Bonnie Ruth Allen Straight, She affirmed the facts herein are true and correct under penalty of perjury at common law

*Jennifer Hobbs* (notary signature)

notary seal

expires 3/21/25

JENNIFER HOBBS
NOTARY PUBLIC, STATE OF TEXAS
MY COMM. EXP. 03/21/2025
NOTARY ID 13105287-6



U.S. POSTAGE PAID
FCM LG ENV .
KEENE, TX 76059
NOV 21, 2024

$9.80

S2324A502403-02

75242

Retail

RDC 99

CERTIFIED MAIL

7020 0640 0001 8397 0362

X-RAY

Clerk of the court
United States District Court Dallas Division
1100 Commerce St #1452
Dallas Texas [75242]

Bonnie Ruth Allen Straight
Wrongly Confined as
BONNIE ALLEN THOMAS I.D 02446019
C/o 1900 Ridgeway ln
Cleburne Texas [76031]
In Jesus name